# EXHIBIT A



**United States Patent and Trademark Office**

Home | Site Index | Search | FAQ | Glossary | Guides | Contacts | eBusiness | eBiz alerts | News | Help

## Trademarks > Trademark Electronic Search System (TESS)

*TESS was last updated on Tue Mar 26 05:21:02 EDT 2019*

| TESS HOME | NEW USER | STRUCTURED | FREE FORM | BROWSE DICT | SEARCH OG | BOTTOM | HELP | PREV LIST | CURR LIST | NEXT LIST |

| FIRST DOC | PREV DOC | NEXT DOC | LAST DOC |

**Logout** Please logout when you are done to release system resources allocated for you.

**Start** List At: [ ] OR **Jump** to record: [ ]    **Record 15 out of 18**

---

| TSDR | ASSIGN Status | TTAB Status | *( Use the "Back" button of the Internet Browser to return to TESS)*



| | |
|---|---|
| **Word Mark** | IRON MAIDEN |
| **Goods and Services** | IC 041. US 107. G & S: Entertainment Services-Namely, Live Musical Entertainment Performances Rendered by a Vocal and Instrumental Group. FIRST USE: 19800411. FIRST USE IN COMMERCE: 19800711 |
| **Mark Drawing Code** | (5) WORDS, LETTERS, AND/OR NUMBERS IN STYLIZED FORM |
| **Serial Number** | 73433235 |
| **Filing Date** | July 5, 1983 |
| **Current Basis** | 1A |
| **Original Filing Basis** | 1A |
| **Published for Opposition** | September 25, 1984 |
| **Registration Number** | 1308370 |
| **Registration Date** | December 4, 1984 |
| **Owner** | (REGISTRANT) Iron Maiden Holdings Limited CORPORATION UNITED KINGDOM Bridle House 36 Bridle Lane London W1F 9BZ UNITED KINGDOM |
| **Attorney of Record** | Martha Gayle Barber |
| **Type of Mark** | SERVICE MARK |
| **Register** | PRINCIPAL |
| **Affidavit Text** | SECT 8 (6-YR). SECTION 8(10-YR) 20141222. |
| **Renewal** | 2ND RENEWAL 20141222 |
| **Live/Dead** | LIVE |



# United States Patent and Trademark Office

Home | Site Index | Search | FAQ | Glossary | Guides | Contacts | eBusiness | eBiz alerts | News | Help

## Trademarks > Trademark Electronic Search System (TESS)

*TESS was last updated on Tue Mar 26 05:21:02 EDT 2019*

| TESS HOME | NEW USER | STRUCTURED | FREE FORM | BROWSE DICT | SEARCH OG | BOTTOM | HELP | PREV LIST | CURR LIST | NEXT LIST |
| FIRST DOC | PREV DOC | NEXT DOC | LAST DOC |

Logout  Please logout when you are done to release system resources allocated for you.

Start  List At: [      ] OR  Jump  to record: [      ]  **Record 14 out of 18**

TSDR   ASSIGN Status   TTAB Status  *( Use the "Back" button of the Internet Browser to return to TESS)*



| | |
|---|---|
| **Word Mark** | IRON MAIDEN |
| **Goods and Services** | IC 016. US 037 038. G & S: Inclusion on Paper or Cardboard Products-Namely, Posters, Souvenir Concert Programs, Stickers, Calendars, Photographs and Decals. FIRST USE: 19800411. FIRST USE IN COMMERCE: 19800711 |
| **Mark Drawing Code** | (5) WORDS, LETTERS, AND/OR NUMBERS IN STYLIZED FORM |
| **Serial Number** | 73433241 |
| **Filing Date** | July 5, 1983 |
| **Current Basis** | 1A |
| **Original Filing Basis** | 1A |
| **Published for Opposition** | September 18, 1984 |
| **Registration Number** | 1306972 |
| **Registration Date** | November 27, 1984 |
| **Owner** | (REGISTRANT) Iron Maiden Holdings Limited CORPORATION UNITED KINGDOM Bridle House 36 Bridle Lane London W1F 9BZ UNITED KINGDOM |
| **Attorney of Record** | Martha Gayle Barber |
| **Type of Mark** | TRADEMARK |
| **Register** | PRINCIPAL |

| | |
|---|---|
| **Affidavit Text** | SECT 8 (6-YR). SECTION 8(10-YR) 20141123. |
| **Renewal** | 2ND RENEWAL 20141123 |
| **Live/Dead Indicator** | LIVE |

| TESS HOME | NEW USER | STRUCTURED | FREE FORM | BROWSE DICT | SEARCH OG | TOP | HELP | PREV LIST | CURR LIST | NEXT LIST |
|---|---|---|---|---|---|---|---|---|---|---|

| FIRST DOC | PREV DOC | NEXT DOC | LAST DOC |
|---|---|---|---|

| HOME | SITE INDEX | SEARCH | eBUSINESS | HELP | PRIVACY POLICY



**United States Patent and Trademark Office**

Home | Site Index | Search | FAQ | Glossary | Guides | Contacts | eBusiness | eBiz alerts | News | Help

**Trademarks** > **Trademark Electronic Search System (TESS)**

*TESS was last updated on Tue Mar 26 05:21:02 EDT 2019*

TESS HOME | NEW USER | STRUCTURED | FREE FORM | BROWSE DICT | SEARCH OG | BOTTOM | HELP | PREV LIST | CURR LIST | NEXT LIST
FIRST DOC | PREV DOC | NEXT DOC | LAST DOC

Logout  Please logout when you are done to release system resources allocated for you.

Start  List At: [          ] OR Jump  to record: [          ]  **Record 13 out of 18**

TSDR | ASSIGN Status | TTAB Status  *( Use the "Back" button of the Internet Browser to return to TESS)*



| | |
|---|---|
| **Word Mark** | IRON MAIDEN |
| **Goods and Services** | IC 025. US 039 040. G & S: Clothing-Namely, T-Shirts, Jerseys, Sweat-Shirts, Hats, Jackets and Leather Wrist Bands. FIRST USE: 19800411. FIRST USE IN COMMERCE: 19800711 |
| **Mark Drawing Code** | (5) WORDS, LETTERS, AND/OR NUMBERS IN STYLIZED FORM |
| **Serial Number** | 73433367 |
| **Filing Date** | July 5, 1983 |
| **Current Basis** | 1A |
| **Original Filing Basis** | 1A |
| **Published for Opposition** | September 18, 1984 |
| **Registration Number** | 1307146 |
| **Registration Date** | November 27, 1984 |
| **Owner** | (REGISTRANT) Iron Maiden Holdings Limited CORPORATION UNITED KINGDOM Bridle House 36 Bridle Lane London W1F 9BZ UNITED KINGDOM |
| **Attorney of Record** | Martha Gayle Barber |
| **Type of Mark** | TRADEMARK |
| **Register** | PRINCIPAL |
| **Affidavit Text** | SECT 8 (6-YR). SECTION 8(10-YR) 20141123. |
| **Renewal** | 2ND RENEWAL 20141123 |
| **Live/Dead Indicator** | LIVE |

# EXHIBIT B



# EXHIBIT C



# MISSED OUT?

### SIGN UP TO OUR MAILING LIST
### AND GET NOTIFIED ONCE THE BIG BOX IS BACK IN STOCK!

(https://3drealms.us8.list-manage.com/subscribe?u=42a31ae2dd8a9f16e0e5cfe23&id=464e9b7d6c)



## FOUNDERS EDITION

Introducing Ion Maiden Founders Edition.

A unique high-quality '90s style Big Box release of Ion Maiden, including a custom made Floppy Disk with a built in Flash Drive, Bowling Bomb stickers, Mouse Pad, A3 Poster, Lanyard, Physical Soundtrack, Ion Maiden Key Cards and a 6" Bombshell Figurine.

# EXHIBIT D



Google    ion maiden merchandise    🔍

All    Shopping    News    Images    Maps    More    Settings    Tools

About 642,000 results (0.53 seconds)

Including results for **iron** maiden merchandise
Search only for ion maiden merchandise

### Ion Maiden
www.ionmaiden.com/ ▾
A unique high-quality '90s style Big Box release of Ion Maiden, including a custom made .... Order exclusive 3D Realms and **Ion Maiden merchandise** TODAY!
You've visited this page 4 times. Last visit: 4/23/19

### Iron Maiden - Official Website
https://ironmaiden.com/ ▾
Sao Paulo and Porto Alegre soccer stadium shows will follow sold out Rock In Rio appearance - get ready to see **Maiden** deliver their biggest ever production in ...
Iron Maiden · Legacy Of The Beast Tour - 2019 · Legacy of the Beast Tour · Fanclub

### Clothing - Iron Maiden
https://666.ironmaiden.com/ ▾
**Iron Maiden** - **Clothing**. Buy Featured, For Him, For Her, For Kids, T Shirts.
T Shirts · For Him · Legacy of the Beast · 2018 Football Shirt

### Ion Maiden - 3D Realms - Firepower Matters
https://3drealms.com/catalog/ion-maiden_56/ ▾
Feb 28, 2018 - About **Ion Maiden**. The true successor to classic shooters such as Duke Nukem 3D, Shadow Warrior and Blood. Built using the original "Build" engine, with additional enhancements to further improve the technology. Beautiful hand-crafted artwork, built using original old-school tools and methodologies.

### Ion Maiden on Steam
https://store.steampowered.com/app/562860/Ion_Maiden/ ▾
Rating: 10/10 · 943 reviews · $19.99
3D Realms, creators of Duke Nukem 3D, Prey, and Max Payne, are excited to team up with Voidpoint to bring back the legendary Build Engine, famously known ...

**People also ask**

| Will Iron Maiden tour the US in 2018? | ⌄ |
|---|---|
| Are Iron Maiden touring in 2019? | ⌄ |
| Is Iron Maiden still alive? | ⌄ |
| What happened to Iron Maiden? | ⌄ |

*Feedback*

### Iron Maiden Merchandise & Clothing | EMP Band Merch Shop
https://www.emp-online.com/band-merch/iron-maiden/ ▾
172 Items - Get your **Iron Maiden** fan **clothing** and accessories from our wide range of band **merchandise** Get your hands on goodies inspired by the heavy ...

### Iron Maiden Merch Store - Officially Licensed Merchandise - Rockabilia
https://www.rockabilia.com/browse/artists-groups/i/iron-maiden.html ▾
Items 1 - 32 of 282 - Officially licensed **merch** from **Iron Maiden** available at Rockabilia.

### Ion Maiden - Wikipedia
https://en.wikipedia.org/wiki/Ion_Maiden ▾
**Ion Maiden** is a 2019 first-person shooter video game developed by Voidpoint and published ...
Navigation. Main page · Contents · Featured content · Current events · Random article · Donate to Wikipedia · Wikipedia **store** ...

See ion maide...    Sponsored



DAYDREAMER Iron Maiden
Debut Tank in Black. - size M
$60.00
REVOLVE
Free shipping

→  More on Google

**Release**: Q2 2019    **Developer(s)**: Voidpoint

**Engine**: Build    **Mode(s)**: Single-player

Missing: ~~merchandise~~ | Must include: merchandise

### Iron Maiden - Official Merchandise Shop - Impericon.com US

https://www.impericon.com › Home › Merchandise ▾

**Iron Maiden Merchandise** at the Impericon Online Shop.

### OFFICIAL Iron Maiden Shirts, Figures & Merch | Hot Topic

https://www.hottopic.com/band-merch/shop-by-artist/iron-maiden/ ▾

Shop for the latest **Iron Maiden merch**, tees & more at Hot Topic.com - The Destination for Music &
Pop Culture-Inspired Clothes & Accessories.

Related search
## Games like Ion Maiden

    

Bombshell    Amid Evil    Duke Nukem 3D    Ken's Labyrinth    Shadow Warrior

Related search
## 3D Realms games

View 3+ more

      

Ion Maiden    Wrath: Aeon of Ruin    Rise of the Triad    Rad Rodgers: World One    Duke Nukem Forever    Wolfenstein 3D    Duke Nukem

*Feedback*

## Searches related to ion maiden merchandise

ion maiden **ps4**              ion maiden **review**

ion maiden **switch**          ion maiden **full release date**

ion maiden **release date**    **iron** maiden

ion maiden **download**        ion maiden **demo**

1    2    3    4    5    6    7    8    9    10    Next

90045, Los Angeles, CA - From your places (Home) - Use precise location - Learn more

Help      Send feedback      Privacy      Terms



ion maiden mouse pad

All    Shopping    Images    News    Videos    More          Settings    Tools

About 555,000 results (0.59 seconds)

Including results for **iron** maiden mouse pad
Search only for ion maiden mouse pad

**Amazon.com : Eclipse Gift Ideas Iron Maiden Mouse Mat - Design 01 ...**
https://www.amazon.com/Eclipse-Gift-Ideas-Mouse-Mouse/dp/B00IS5E7QM
This **Mouse Mat** has a Polyester top with a black rubber non-slip underside Measurements are 22cm x
18cm and Approx 3-4mm thick These items are printed by ...

**Amazon.com : Iron Maiden design 3 Mouse Mat / Pad - By Eclipse Gift ...**
https://www.amazon.com/Iron-Maiden-design-Mouse-Mat/dp/B01DRZ7UNO
This **Mouse Mat** has a Polyester top with a black rubber non-slip underside Measurements are 22cm x
18cm and Approx 3-4mm thick These items are printed by ...

**Amazon.com : Iron Maiden design 5 Mouse Mat / Pad - By Eclipse Gift ...**
https://www.amazon.com/Iron-Maiden-design-Mouse-Mat/dp/B01DRZ7VK6
This **Mouse Mat** has a Polyester top with a black rubber non-slip underside Measurements are 22cm x
18cm and Approx 3-4mm thick These items are printed by ...

**Iron Maiden Mousepad Eddie 666 Heavy Metal Mouse Pad Mats ...**
https://www.ebay.com › Business & Industrial › Office › Office Supplies › Mousepads
Find many great new & used options and get the best deals for **Iron Maiden Mousepad** Eddie 666
Heavy Metal Mouse Pad Mats Mousepad Hot Gift at the best ...

**Iron Maiden Mouse Pad Mats Mousepad Hot Gift for sale online | eBay**
https://www.ebay.com › Business & Industrial › Office › Office Supplies › Mousepads
Find many great new & used options and get the best deals for **Iron Maiden Mouse Pad** Mats
Mousepad Hot Gift at the best online prices at eBay! Free shipping ...

**Ion Maiden**
www.ionmaiden.com/
A unique high-quality '90s style Big Box release of **Ion Maiden**, including a ... **Mouse Pad**, A3 Poster,
Lanyard, Physical Soundtrack, **Ion Maiden** Key Cards and a ...
You've visited this page many times. Last visit: 5/21/19

**Ion Maiden (@Bombshell_Game) | Twitter**
https://twitter.com/bombshell_game?lang=en
The latest Tweets from Ion Maiden (@Bombshell_Game). ... booth, get over 3000 points in the Queen
of the Hill mode and win an **Ion Maiden mouse pad**!

**Controller support? ....yes. seriously. :: Ion Maiden General Discussions**
https://steamcommunity.com/app/562860/discussions/0/1742232339922331160/
Jan 23, 2019 - ... "partial controller support" and in-game the D-pad can move up and down in menus ...
**Ion Maiden** .... You know, before anyone had a **mouse**.

### Images for ion maiden mouse pad



→ More images for ion maiden mouse pad          Report images

**Mouse lag :: Ion Maiden General Discussions - Steam Community**
https://steamcommunity.com/app/562860/discussions/0/1742232339922503655/

See ion maide...                    Sponsored



Iron Maiden - Mousepad
$14.99
rubishops

Iron Maiden Mouse Pad Kille
$12.97
Case Gorilla

→ More on Google

Jan 22, 2019 - Hey guys, Loving the playground of the new map in today's update, but I noticed that mouselook behavior seems way off than when I last ...

Missing: pad | Must include: pad

1 2 3 4 5 6 7 8 9 10        Next

**90045, Los Angeles, CA** - From your places (Home) - Use precise location - Learn more

Help     Send feedback     Privacy     Terms

 Google    ion maiden poster    🔍    K

All    Shopping    Images    News    Videos    More      Settings    Tools

About 934,000 results (1.03 seconds)

Did you mean: *iron* maiden poster

**Iron Maiden Posters for sale | eBay**
https://www.ebay.com › ... › Iron Maiden Memorabilia › Iron Maiden Posters ▾
Results 1 - 48 of 851 - Get the best deal for **Iron Maiden Posters** from the largest online selection at
eBay.com. Browse your favorite brands ♡ affordable prices ...

**Art - Posters - Iron Maiden**
https://666.ironmaiden.com/art/categories/posters ▾
**Iron Maiden** - Art - **Posters**. Buy **Posters**, Limited Edition Prints.

**Iron maiden poster | Etsy**
https://www.etsy.com/market/iron_maiden_poster ▾
Check out our **iron maiden poster** selection for the very best in unique or custom, handmade pieces
from our music & movie posters shops.

**Amazon.com: LPGI Iron Maiden Trooper Large Fabric Poster / Flag 40 ...**
https://www.amazon.com/LPGI-Maiden-Trooper-Fabric-Poster/dp/B000EEVBOG ▾
Rating: 4.3 - 52 reviews
This LPGI Fabric **Poster** features **Iron Maiden** "The Trooper". Fabric **Posters** are the art of choice for
music fans. Large 30" x 40" Fabric **Posters** feature vibrant ...

**People also ask**

| Is Iron Maiden touring the US in 2019? | ⌄ |
|---|---|
| Is Iron Maiden touring the US in 2018? | ⌄ |
| Who is the current lead singer of Iron Maiden? | ⌄ |
| Is Iron Maiden still alive? | ⌄ |

Feedback

**Images for ion maiden poster**



→ More images for ion maiden poster      Report images

**Ion Maiden 24x36" Poster - 3D Realms - Firepower Matters**
https://3drealms.com/catalog/ion-maiden-24x36-poster_139/ ▾
About **Ion Maiden** 24x36" **Poster**. Museum-quality **posters** with vivid prints made on thick and durable
matte paper. A statement in any room, these puppies are ...

**Ion Maiden**
www.ionmaiden.com/ ▾
A unique high-quality '90s style Big Box release of **Ion Maiden**, including a ... Mouse Pad, A3 **Poster**,
Lanyard, Physical Soundtrack, **Ion Maiden** Key Cards and a ...
You've visited this page many times. Last visit: 5/21/19

**Affordable Iron Maiden Posters for sale at AllPosters.com**
https://www.allposters.com/-st/Iron-Maiden-Posters_c13947_.htm ▾
Colorfully improve your space today with **Iron Maiden Posters** and prints you love that won't break the
bank. Simply discover the perfect **Iron Maiden Posters**, ...

**Iron Maiden - Heavy Metal Merchant**
https://www.heavymetalmerchant.com/products/iron-maiden ▼
98 Products - Our range of official **Iron Maiden** rock clothing and merch includes band t-shirts, patches, hoodies, **poster** flags, beanies, magnets, keychains, ...

**Iron Maiden Posters | Redbubble**
https://www.redbubble.com › Iron Maiden › Wall Art › Posters ▼
Results 1 - 108 of 425 - Shop from 425 unique **Iron Maiden Posters** on Redbubble. Hang your posters in dorms, bedrooms, offices, or anywhere blank walls aren't ...

Searches related to ion maiden poster

| | |
|---|---|
| **iron** maiden **door** poster | **iron** maiden poster **seventh son** |
| **iron** maiden poster **aces high** | **iron** maiden **eddie door** poster |
| **iron** maiden **powerslave** poster | **iron** maiden **wall art** |
| **iron** maiden **prints** | **iron** maiden **memorabilia** |

1  2  3  4  5  6  7  8  9  10    Next

**90045, Los Angeles, CA** - From your places (Home) - Use precise location - Learn more

Help    Send feedback    Privacy    Terms



Google    ion maiden t-shirts                                    🔍    K

All    Shopping    Images    News    Maps    More        Settings    Tools

About 1,350,000 results (0.57 seconds)

Did you mean: **iron** maiden t-shirts

**Clothing - T Shirts - Iron Maiden**
https://666.ironmaiden.com/clothing/categories/t-shirts ▾
**Iron Maiden** - Clothing - **T Shirts**. Buy Featured, For Him, For Her, For Kids, **T Shirts**.

**Clothing - Iron Maiden**
https://666.ironmaiden.com/ ▾
**Iron Maiden** - Clothing. Buy Featured, For Him, For Her, For Kids, **T Shirts**.
T Shirts · 2018 Football Shirt · Long Sleeves · For Him

**OFFICIAL Iron Maiden Shirts, Figures & Merch | Hot Topic**
https://www.hottopic.com/band-merch/shop-by-artist/iron-maiden/ ▾
Shop for the latest **Iron Maiden** merch, tees & more at Hot Topic - The Destination for Music &
Pop Culture-Inspired Clothes & Accessories.

**Iron Maiden Merchandise & Clothing | EMP Band Merch Shop**
https://www.emp-online.com/band-merch/iron-maiden/ ▾
**172 Items** - Get your **Iron Maiden** fan clothing and accessories from our wide range of band
merchandise Get your hands on goodies inspired by the heavy ...



Rating ▾    Hours ▾

**Hot Topic**
4.5    (107) · $$ · Clothing store
South Bay Galleria
Redondo Beach, CA · (310) 371-8990
Open · Closes 9PM
    Their website mentions **iron maiden merch**

**Hot Topic**
4.4    (536) · $$ · Clothing store
Hollywood & Highland
Hollywood, CA · (323) 462-2590
Open · Closes 10PM
    Their website mentions **iron maiden merch**

**Hot Topic**
4.1    (43) · $$ · Clothing store
Universal CityWalk
Universal City, CA · (818) 762-5633
Open · Closes 9PM
    Their website mentions **iron maiden merch**

☰  **More places**

**Iron Maiden Men's T-Shirts for sale | eBay**
https://www.ebay.com › ... › Men's T-Shirts › Iron Maiden Men's T-Shirts ▾

See ion maide...                    Sponsored



**DAYDREAMER Iron Maiden**
**Debut Tank in Black. - size S.**
$60.00
REVOLVE
Free shipping



**Iron Maiden (California) Tour**
**Shirt Reprint Rare 1988 Tour**
$39.50
Used
eBay

→ More on Google

Results 1 - 48 of 3656 - Get the best deal for **Iron Maiden** Men's **T-Shirts** from the largest online selection at eBay.com. Browse your favorite brands ✅ affordable ...

### Iron Maiden Merch Store - Officially Licensed Merchandise - Rockabilia
https://www.rockabilia.com/browse/artists-groups/i/iron-maiden.html ▾
Items 1 - 32 of 282 - Officially licensed **merch** from **Iron Maiden** available at Rockabilia.

### Amazon.com: Iron Maiden Trooper T-Shirt: Clothing
https://www.amazon.com/Unknown-Iron-Maiden-Trooper-T-Shirt/dp/B00AL1VAZW ▾
★★★★ Rating: 4.4 - 20 reviews
Buy **Iron Maiden** Trooper **T-Shirt**: Shop top fashion brands **T-Shirts** at Amazon.com ✓ FREE DELIVERY and Returns possible on eligible purchases.

### Ion Maiden
www.ionmaiden.com/ ▾
A unique high-quality '90s style Big Box release of Ion Maiden, including a custom made Floppy Disk ... Click here to visit our frequently asked questions about HTML5 video. ... Order exclusive 3D Realms and **Ion Maiden merchandise** TODAY!
You've visited this page 4 times. Last visit: 4/23/19

### Iron Maiden - Official Merchandise Shop - Impericon.com US
https://www.impericon.com › Home › Merchandise ▾
**Iron Maiden Merchandise** at the Impericon Online Shop.



**People also ask**

| Is Iron Maiden touring the US in 2019? | ⌄ |
|---|---|
| Is Iron Maiden touring the US in 2018? | ⌄ |
| Is Iron Maiden still alive? | ⌄ |
| Who is the current lead singer of Iron Maiden? | ⌄ |

*Feedback*

### Backstreetmerch | Iron Maiden T-Shirts | Official Merch
https://www.backstreetmerch.com/en-us/artist/iron-maiden/t-shirts ▾
Backstreetmerch - **Iron Maiden T-Shirts**. Officially licensed merchandise, T shirts, hoodies, and much more. The largest range available on the net.

### Iron Maiden T-Shirt for Sale by Geek N Rock
Ad www.fineartamerica.com/ ▾
Rating for fineartamerica.com: 5.0 - 444 reviews
The world's best art. Museum quality in your home. Shop today! The World's #1 Art Site. Iconic Artists & Brands. 5-Star Online Reviews. 30-Day Return Policy. Hundreds of POD Products. Types: Wall Art, Home Decor, Apparel, Phone Cases, Stationery, Lifestyle.
Shop Now · Wall Art · Home Decor · Apparel

**Searches related to ion maiden t-shirts**

iron maiden **legacy of the beast t shirt**        iron maiden **tour merchandise 2017**

iron maiden **t shirt women's**        iron maiden **shirts hot topic**

iron maiden **t shirt amazon**        iron maiden **long sleeve**

iron maiden **t shirt womens**        iron maiden **killers shirt**

1 **2** 3 4 5 6 7 8 9 10    Next

**90045, Los Angeles, CA** - From your places (Home) - Use precise location - Learn more

Help    Send feedback    Privacy    Terms